# IN THE SUPREME COURT OF TEXAS

-- -- -- --

## WRIT OF COMMITMENT

### TO THE SHERIFF OF ANY COUNTY OR ANY CONSTABLE OF ANY COUNTY WITHIN THE STATE OF TEXAS, GREETINGS:

**WHEREAS,** on the 30th day of May, 2017, in The Supreme Court of Texas, an order was issued in the following case, to-wit:

## IN THE SUPREME COURT OF TEXAS

### No. 17-0343

### IN RE K.A.A.

### On Petition for Writ of Habeas Corpus

Relator's petition for writ of habeas corpus filed herein on May 4, 2017, in the above numbered and entitled cause having been duly considered in chambers, it is ordered that said petition be and hereby is denied. The Order issued by this Court on May 11, 2017, releasing relator is withdrawn. Relator is ordered remanded to the custody of the Sheriff of Tarrant County, Texas, to complete the terms of the ORDER REVOKING SUSPENSION OF COMMITMENT AND FOR COMMITMENT IN THE TARRANT COUNTY JAIL signed on April 20, 2017, by Carmen Rivera-Worley, Judge in the 231st District Court of Tarrant County, Texas, in Cause No. 231-438958-08, styled *In the Interest of E.M.W. and W.M.W., Children.*

It is further ordered that relator, KEE ALICE ABLES, pay the costs in this Court in this case.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WHEREFORE you are hereby commanded to take the said KEE ALICE ABLES and convey her to the jail in TARRANT COUNTY, TEXAS, to be incarcerated and held therein until such time as she has purged herself of the aforesaid contempt.

Herein fail not, AND DUE RETURN MAKE AS THE LAW DIRECTS OF THIS writ.

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

BY ORDER OF THE SUPREME COURT OF TEXAS OF THE STATE OF TEXAS,

with the Seal thereof annexed at the City of
Austin, this 30th day of May, 2017.

BLAKE HAWTHORNE, CLERK
SUPREME COURT OF TEXAS